COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Devren Byerly v. The State of Texas

Appellate case number:   01-15-00038-CR

Trial court case number: 302287

Trial court:             County Court at Law No. 3 of Jefferson County

On December 8, 2015, we abated this case and remanded it to the trial court. In the abatement order, we directed the trial court to determine whether appellant wished to pursue his appeal, and if so, whether he is now indigent and entitled to appointed counsel; and, if indigent, to appoint appellate counsel and order the court reporter to file the reporter's record with this Court. On January 8, 2016, the trial court held a hearing on our abatement order. The trial court clerk has filed a supplemental clerk's that includes the trial court's "Order of Findings." The trial court found that appellant wishes to prosecute his appeal and is indigent. The trial court appointed Ryan Matuska as appellate counsel and ordered the transcript of all proceedings to be prepared and submitted to this Court. Accordingly, we REINSTATE this case on the Court's active docket.

The court reporter is directed to file the reporter's record within 30 days of the date of this order.

Appellant's brief is due to filed within 30 days from the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                        ☑ Acting individually     ☐ Acting for the Court

Date:  January 28, 2016